No. 11-6487. David Maxwell, Petitioner v. Eleanor L. Scarpino, et al.

565 U.S. 1065, 132 S. Ct. 767, 181 L. Ed. 2d 494, 2011 U.S. LEXIS 8613.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 11-6488. Christopher Jones, Petitioner v. Boyd Bennett, et al.

565 U.S. 1065, 132 S. Ct. 768, 181 L. Ed. 2d 494, 2011 U.S. LEXIS 8606.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 435 Fed. Appx. 236.

No. 11-6489. Marshall Lee Gore, Petitioner v. Florida.

565 U.S. 1065, 132 S. Ct. 768, 181 L. Ed. 2d 494, 2011 U.S. LEXIS 8504,

November 28, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 66 So. 3d 302.

No. 11-6491. Ahsan Mohiuddin, Petitioner v. Raytheon Company.

565 U.S. 1065, 132 S. Ct. 768, 181 L. Ed. 2d 494, 2011 U.S. LEXIS 8560.

November 28, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District denied.

No. 11-6497. James Henry Rincker, Petitioner v. Mark Nooth, Superintendent, Snake River Correctional Institution.

565 U.S. 1065, 132 S. Ct. 768, 181 L. Ed. 2d 494, 2011 U.S. LEXIS 8535.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-6499. Cameron Shawn Jackson, Petitioner v. David A. Varano, Superintendent, State Correctional Institution at Coal Township, et al.

565 U.S. 1065, 132 S. Ct. 768, 181 L. Ed. 2d 494, 2011 U.S. LEXIS 8539.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 11-6507. Juan Alfredo Reyna, Jr., Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 1065, 132 S. Ct. 770, 181 L. Ed. 2d 494, 2011 U.S. LEXIS 8609.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-6512. Antonio Breakman, Petitioner v. Nevada.

565 U.S. 1065, 132 S. Ct. 770, 181 L. Ed. 2d 494, 2011 U.S. LEXIS 8605.

November 28, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.